IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT W. MOORE,

    Plaintiff

v.                                                                  3:14-CV-0684
                                                                    (JUDGE MARIANI)
AIR METHODS, INC. and
PHPA OPEIU, LOCAL 109,

    Defendants

## ORDER

**AND NOW THIS 10TH DAY OF JULY, 2015**, upon consideration of Defendant PHPA OPEIU Local 109's Motion for Summary Judgment (Doc. 25) and Defendant Air Methods' Motion for Summary Judgment (Doc. 30), and all accompanying briefs and exhibits, **IT IS HEREBY ORDERED THAT:**

1. Defendant PHPA OPEIU Local 109's Motion for Summary Judgment (Doc. 25) is **GRANTED**. Judgment is hereby accordingly entered **IN FAVOR OF DEFENDANT** Local 109 and **AGAINST PLAINTIFF** Robert Moore.

2. Defendant Air Method's Motion for Summary Judgment (Doc. 30) is **GRANTED**. Judgment is hereby accordingly entered **IN FAVOR OF DEFENDANT** Air Methods and **AGAINST PLAINTIFF** Robert Moore.

Robert D. Mariani
United States District Judge