IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT W. MOORE, | : |
| Plaintiff | : |
| v. | : 3:14-CV-0684 |
| | : (JUDGE MARIANI) |
| AIR METHODS, INC. and PHPA OPEIU, LOCAL 109, | : |
| Defendants | : |

## ORDER

AND NOW, THIS 29th DAY OF JULY, 2015, upon consideration of Defendant Air Methods' Motion for Sanctions (Doc. 33), joined by Defendant PHPA OPEIU Local 109 (Doc. 43), **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion is **GRANTED IN PART AND DENIED IN PART**; to wit:

    a. Defendant's motion is granted to the extent that it seeks a determination that Plaintiff's counsel violated Rule 11 by proceeding against Air Methods and Local 109 without a factual basis for doing so in light of the applicable statute of limitations and facts indicating when Plaintiff's cause of action accrued. The sanction that is imposed is a public declaration of a Rule 11 violation.

    b. Defendant's motion is denied in all other respects.

2. Because summary judgment has previously been entered in favor of the Defendants (Doc. 45), the Clerk of Court is directed to **CLOSE** this case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge